No. 96–5010. ROGERS v. WHITE, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT PITTSBURGH, ET AL. C. A. 3d Cir. Certiorari denied.

No. 96–5011. STOKES v. PENNSYLVANIA. Super. Ct. Pa. Certiorari denied.

No. 96–5012. ROBERSON v. FRANKLIN ET AL. C. A. 5th Cir. Certiorari denied.

No. 96–5013. STOREY v. OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 96–5014. SALLEE v. SHERAKAS ET AL. C. A. 3d Cir. Certiorari denied.

No. 96–5016. HAMILTON v. SCHRIRO, DIRECTOR, MISSOURI DEPARTMENT OF CORRECTIONS, ET AL. C. A. 8th Cir. Certiorari denied.

No. 96–5018. MAXIE v. HAMILTON ET AL. C. A. 9th Cir. Certiorari denied.

No. 96–5019. MURRAY v. ARIZONA. Sup. Ct. Ariz. Certiorari denied.

No. 96–5020. MITCHELL v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 96–5021. JONES v. WASHINGTON, DIRECTOR, ILLINOIS DEPARTMENT OF CORRECTIONS. C. A. 7th Cir. Certiorari denied.

No. 96–5022. LEIGH v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 96–5023. MAXIE v. COUNTY OF LOS ANGELES ET AL. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 96–5024. McGEE v. IEYOUB, ATTORNEY GENERAL OF LOUISIANA, ET AL. C. A. 5th Cir. Certiorari denied.

No. 96–5026. LASZCZYNSKI v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 96–5027. JENNER v. CLASS, WARDEN, ET AL. C. A. 8th Cir. Certiorari denied.